# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV14-05968-R (AS) | Date | March 25, 2015 |
|---|---|---|---|
| Title | David G. Moore v. F. Foulk | | |

Present: The Honorable   Alka Sagar, United States Magistrate Judge

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

On July 30, 2014, Petitioner David G. Moore ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person in State Custody, pursuant to 28 U.S.C. § 2254 (Docket Entry Nos. 1). On September 12, 2014, the Court stayed this action and ordered Petitioner to file status reports regarding the pending state habeas proceedings every sixty days (Docket Entry No. 9).

Pursuant to that Order, Petitioner was obligated to file a status report on February 27, 2015. To date, Petitioner has failed to file his most recent status report. Accordingly, Petitioner is ORDERED TO SHOW CAUSE as to why this Court should not dismiss the action with prejudice for failure to prosecute and obey court orders. See Fed. R. Civ. P. 41(b). In lieu of such a response, Petitioner may file a status report that comports with this Court's September 12, 2014 Order. Petitioner shall file a response or status report **no later than April 15, 2015**. **Petitioner is expressly warned that failure to file a timely response or status report may result in a recommendation that this action be dismissed with prejudice for failure to prosecute and for failure to obey court orders. See Fed. R. Civ. P. 41(b).**

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | AF |